UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENA MAY SLOAS,

    Plaintiff,

                                              No. 05-60091
                                              Hon. John Corbett O'Meara

v.

CHET BARTLE Jr., *et al.*,

    Defendants,

_____/

## **ORDER DISMISSING STATE LAW CLAIMS**

Plaintiffs filed a six-count complaint against Waterford Township and three of its police officers in this court on April 28, 2005.  Count I alleges violations of 42 U.S.C. § 1983.  The remaining counts allege violations of state law as follows: Count II, assault and battery; Count III, false arrest and imprisonment; Count IV, gross negligence/infliction of emotional distress; Count V, malicious prosecution; and Count VI, intentional infliction of emotional distress.

While alleged violations of 42 U.S.C. § 1983 are cognizable in this court pursuant to 28 U.S.C. § 1343, the remaining allegations present claims based solely on state law.  Since the parties to this matter are not diverse, the court declines to exercise pendent jurisdiction over the state claims.  See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c).  Therefore, pursuant to 28 U.S.C. § 1367(c), it is hereby **ORDERED** that Counts II through VI of the complaint are **DISMISSED**.

                                                  s/John Corbett O'Meara
                                                John Corbett O'Meara
                                                United States District Judge

Dated:  August 23, 2005